IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  13-cv-02611-WJM-BNB

LITTLE SISTERS OF THE POOR HOME FOR THE AGED, DENVER, COLORADO, a Colorado corporation,
LITTLE SISTERS OF THE POOR, BALTIMORE, INC., a Maryland non-profit corporation, by themselves and on behalf of all others similarly situated,
CHRISTIAN BROTHERS SERVICES, a New Mexico non-profit corporation, and
CHRISTIAN BROTHERS EMPLOYEE BENEFIT TRUST,

Plaintiffs,

v.

KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services,
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,
THOMAS E. PEREZ, Secretary of the United States Department of Labor,
UNITED STATES DEPARTMENT OF LABOR,
JACOB J. LEW, Secretary of the United States Department of the Treasury, and
UNITED STATES DEPARTMENT OF THE TREASURY,

Defendants.
_____

**ORDER**
_____

By an Order [Doc. # 11] entered on October 11, 2013, I set this matter for a scheduling conference on January 13, 2014, at 10:30 a.m.  Since then, the district judge has denied the plaintiffs' motion for preliminary injunction; the circuit court has denied the plaintiffs' motion for injunction pending appeal; and Justice Sotomayor has enjoined defendants "from enforcing against [defendants] that contraceptive coverage requirements imposed by the Patient Protection and Affordable Care Act . . . and related regulations pending the receipt of a response and further order of the undersigned or of the Court."  Little Sisters of the Poor v. Sebelius. --S. Ct. --, 2013 WL 6869391 (Dec. 31, 2013).  In view of these developments,

IT IS ORDERED:

(1)     The scheduling conference set for January 13, 2014, is VACATED;

(2)     The plaintiffs shall file a status report on or before the earlier of the following: (i) a ruling by the district judge on Plaintiffs' Motion for Injunction Pending Appeal [Doc. # 54]; or (ii) April 7, 2014.

Dated January 7, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge