**FILED**
**United States Court of Appeals**
**Tenth Circuit**

### UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**May 14, 2018**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| LITTLE SISTERS OF THE POOR HOME FOR THE AGED, DENVER, COLORADO, a Colorado non-profit corporation, et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ALEX AZAR, Secretary of the United States Department of Health and Human Services, et al., <br><br> Defendants - Appellees. <br><br> ------------------------------ <br><br> ASSOCIATION OF GOSPEL RESCUE MISSIONS, et al., <br><br> Amici Curiae. | No. 13-1540 <br> (D.C. No. 1:13-CV-02611-WJM-BNB) <br> (D. Colo.) |

_____

### ORDER[*]
_____

Before **MATHESON**, **McKAY**, and **BALDOCK**, Circuit Judges.
_____

    This matter is before us on Appellants' May 11, 2018 status report. Appellants request abeyance of this appeal while they move the district court to reopen proceedings

---

[*] In accordance with Rule 43(c)(2) of the Federal Rules of Appellate Procedure, Alex Azar is substituted for former Acting Secretary Eric D. Hargan in this case.

and seek a final disposition. Appellees do not oppose this procedure or continued abeyance in this court.

Upon consideration, we now formally abate this appeal. **Within 30 days** from the date of this order, Appellants shall file a written report advising this court as to the status of proceedings in the district court. In addition, Appellants shall notify this court in writing within 5 days of a final disposition by the district court—or any development that impacts the abatement of this appeal—and shall specifically describe the impact on this appeal.

    Entered for the Court
    ELISABETH A. SHUMAKER, Clerk

    *Jane K Castro*

    by: Jane K. Castro
        Counsel to the Clerk