# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 13-cv-2611-WJM

LITTLE SISTERS OF THE POOR HOME FOR THE AGED, DENVER, COLORADO, a Colorado non-profit corporation,
LITTLE SISTERS OF THE POOR, BALTIMORE, INC., a Maryland non-profit corporation, by themselves and on behalf of all others similarly situated, along with
CHRISTIAN BROTHERS SERVICES, a New Mexico non-profit corporation, and CHRISTIAN BROTHERS EMPLOYEE BENEFIT TRUST,

   Plaintiffs,

v.

ALEX AZAR, Secretary of the United States Department of Health and Human Services,
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,
R. ALEXANDER ACOSTA, Secretary of the United States of Department of Labor, UNITED STATES DEPARTMENT OF LABOR,
STEVEN MNUCHIN, Secretary of the United States Department of the Treasury, and UNITED STATES DEPARTMENT OF THE TREASURY,

   Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with the Order Reopening Case and Granting Permanent Injunction, entered by the Honorable William J. Martínez, United States District Judge, on May 29, 2018, it is

ORDERED that judgment is entered in favor of Plaintiffs and against Defendants.

IT IS FURTHER ORDERED that this case is terminated. Plaintiffs shall have their costs upon compliance with D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 29th day of May, 2018.

                              BY THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By:  s/Deborah Hansen
                              Deborah Hansen, Deputy Clerk