**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 26, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| LITTLE SISTERS OF THE POOR HOME FOR THE AGED, DENVER, COLORADO, a Colorado non-profit corporation; LITTLE SISTERS OF THE POOR, BALTIMORE, INC., a Maryland non-profit corporation, by themselves and on behalf of all others similarly situated; CHRISTIAN BROTHERS SERVICES, a New Mexico non-profit corporation; CHRISTIAN BROTHERS EMPLOYEE BENEFIT TRUST, | |
| Plaintiffs - Appellants, | |
| v. | No. 13-1540 (D.C. No. 1:13-CV-02611-WJM-BNB) (D. Colo.) |
| ALEX AZAR, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; EDWARD HUGLER, Acting Secretary of the United States Department of Labor; UNITED STATES DEPARTMENT OF LABOR; STEVEN MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY, | |
| Defendants - Appellees. | |
| ------------------------------ | |
| ASSOCIATION OF GOSPEL RESCUE MISSIONS; ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; PRISON FELLOWSHIP MINISTRIES; | |

NATIONAL ASSOCIATION OF EVANGELICALS; ETHICS & RELIGIOUS LIBERTY COMMISSION OF THE SOUTHERN BAPTIST CONVENTION; THE LUTHERAN CHURCH- MISSOURI SYNOD; AMERICAN BIBLE SOCIETY; INSTITUTIONAL RELIGIOUS FREEDOM ALLIANCE AND CHRISTIAN LEGAL SOCIETY; LIBERTY, LIFE, AND LAW FOUNDATION; UNITED STATES CONFERENCE OF CATHOLIC BISHOPS; LIBERTY UNIVERSITY; LIBERTY COUNSEL; 67 CATHOLIC THEOLOGIANS AND ETHICISTS; CONCERNED WOMEN FOR AMERICA; AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF COLORADO; NATIONAL HEALTH LAW PROGRAM; AMERICAN PUBLIC HEALTH ASSOCIATION; NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION; NATIONAL WOMEN'S HEALTH NETWORK; NATIONAL LATINA INSTITUTE FOR REPRODUCTIVE HEALTH; NATIONAL ASIAN PACIFIC AMERICAN WOMEN'S FORUM; ASIAN AMERICANS ADVANCING JUSTICE; AAJC; ASIAN AMERICANS ADVANCING JUSTICE-LOS ANGELES; ASIAN & PACIFIC ISLANDER AMERICAN HEALTH FORUM; BLACK WOMEN'S HEALTH IMPERATIVE; FORWARD TOGETHER; IPAS; SEXUALITY INFORMATION AND EDUCATIONAL COUNCIL OF THE U.S. (SIECUS); HIV LAW PROJECT; CHRISTIE'S PLACE; NATIONAL

WOMEN AND AIDS COLLECTIVE; CALIFORNIA WOMEN'S LAW CENTER, NATIONAL WOMEN'S LAW CENTER; AMERICAN ASSOCIATION OF UNIVERSITY WOMEN; AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME); BLACK WOMEN'S HEALTH IMPERATIVE; FEMINIST MAJORITY FOUNDATION; IBIS REPRODUCTIVE HEALTH; MERGER WATCH; NARAL PRO-CHOICE AMERICA; NATIONAL ORGANIZATION FOR WOMEN (NOW) FOUNDATION; NATIONAL PARTNERSHIP FOR WOMEN AND FAMILIES; PLANNED PARENTHOOD ASSOCIATION OF UTAH; PLANNED PARENTHOOD OF THE HEARTLAND; PLANNED PARENTHOOD OF KANSAS AND MID-MISSOURI; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS, INC.; RAISING WOMEN'S VOICES FOR THE HEALTH CARE WE NEED; SERVICE EMPLOYEES INTERNATIONAL UNION (SEIU), .

    Amici Curiae.

_____

**ORDER**
_____

Before **MATHESON**, **McKAY**, and **BALDOCK**, Circuit Judges.
_____

    This matter is before the court on the parties' *Joint Stipulation of Dismissal*, which we have construed as a voluntary motion to dismiss. *See* Fed. R. App. P. 42(b). Upon consideration, and as construed, the request is GRANTED and this matter is dismissed.

A copy of this order shall stand as and for the mandate of the court.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk