IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| LITTLE SISTERS OF THE POOR HOME FOR THE AGED, DENVER, COLORADO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX AZAR, Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | No. 13-cv-2611-WJM <br><br> Honorable William J. Martínez |

## NOTICE

Further to the Court's order extending time, Plaintiffs Little Sisters of the Poor, *et al.*, hereby notify the Court that they will not file a fees motion, as the parties have resolved the matter.

January 28, 2019               Respectfully submitted,

/s Mark Rienzi
Mark Rienzi
Daniel Blomberg
THE BECKET FUND FOR RELIGIOUS LIBERTY
1200 New Hampshire Ave. NW, Ste. 700
Washington, DC 20036
(202) 955-0095 (tel.)
(202) 955-0090 (fax)
mrienzi@becketlaw.org

Carl C. Scherz
Seth Roberts
LOCKE LORD LLP
2200 Ross Avenue
Suite 2200
Dallas, Texas 75201
(214) 740-8583
cscherz@lockelord.com

1

Kevin C. Walsh
Univ. of Richmond Law School
28 Westhampton Way
Richmond, VA
(804) 287-6018
kwalsh@richmond.edu

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was electronically filed with the Court's ECF system on January 28, 2019, and was thereby electronically served on counsel for Defendants.

                                    *s/ Mark L. Rienzi*_____
                                    Mark L. Rienzi
                                    *Counsel for Plaintiffs*